# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

THOMAS FISHER
_____
*Plaintiff*

v.

UNITED STATES OF AMERICA
_____
*Defendant*

)
)
)
)
)

Civil Action No.  213CV47 arising from 205cr83

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Judgment is entered in favor of the petitioner, Thomas Fisher. Fisher's sentence is CORRECTED to reflect
a sentence of 110 months on each of Counts One and Two, to be served concurrently.
.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Rudy Lozano _____ on a motion
to Correct Sentence pursuant to 28 U.S.C. 2255.
.

Date:  2/14/2013 _____

CLERK OF COURT


/s/ K Pastrick
_____
*Signature of Clerk or Deputy Clerk*